UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ALIEDA MARON,** individually and
On behalf of all others similarly
situated,

        Plaintiff,                  **CASE NO:** 4:22-CV-00255-RH-MAF

v.

**JIMMY T. PATRONIS, JR.**, in his official
capacity as the Chief Financial Officer
of the State of Florida,

        Defendant.
_____/

## MOTION TO DISMISS COMPLAINT

Pursuant to Rule Fed R. Civ. P. 12(b)(1) and (6), the Defendant, Jimmy T. Patronis, in his official capacity as the Chief Financial Offer of the State of Florida ("Defendant") moves to dismiss the Plaintiff, Alieda Maron's ("Plaintiff") Class Action Complaint and Demand for Jury Trial (ECF No. 1, "Complaint").

In support, the Defendant states as follows:

1. The Plaintiff brings this action under the Fifth and Fourteenth Amendments of the United States Constitution, and Article X, Section 6, of the Florida Constitution, challenging the constitutionality of section 717.124(4)(a), Florida Statutes (2022).

2.      Pursuant to Fed. R. Civ. P. 12(b)(1), this Court must dismiss a complaint where it lacks jurisdiction.  Furthermore, pursuant to Fed. R. Civ. P. 12(b)(6), this Court should dismiss a complaint "only if it is clear that no relief can be granted under any set of facts that could be proved consistent with the allegations." *Gunter v. Advanced Corr. Healthcare, Inc.*, 844 Fed. Appx. 189, 191 n. 2 (11th Cir. 2021).  While the Court must accept all well-pleaded facts as true, it is not required to accept the legal conclusions asserted within the complaint. *Ashcroft v. Iqbal*, 556 U.S. 662, 678-9 (2009).

3.      Here, the Plaintiff has failed to establish her standing to bring these claims. She has also failed state a cause of action that would constitute a "taking" pursuant to either the federal or state constitutional provisions she relies upon.

4.      Further, the Complaint seeks both monetary damages and retrospective relief, barred by the Eleventh Amendment of the United States Constitution.

WHEREFORE, the Defendant respectfully requests this Court grant this motion and dismiss the Complaint. The Defendant defers to the Court regarding whether it is most appropriate to dismiss the Complaint with or without prejudice.

Respectfully submitted,

*/s/ William D. Hall, III*
Daniel R. Russell, FBN 63445
William D. Hall, III, FBN 67936
Daniel J. McGinn, FBN 121596
Jordane P. Wong, FBN 1030907
drussell@deanmead.com
whall@deanmead.com
dmcginn@deanmead.com
jwong@deanmead.com
kthompson@deanmead.com (secondary)
Dean, Mead & Dunbar
106 East College Avenue, Suite 1200
Tallahassee, FL 32301
T: 850-999-4100
F: 850-577-0095
*Attorneys for Defendant Jimmy T. Patronis Jr., Chief Financial Officer of the State of Florida*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 15, 2022, I electronically filed the foregoing by using the CM/ECF system.

                                                */s/* William D. Hall, III
                                                William D. Hall, III