UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ALIEDA MARON,** individually and
On behalf of all others similarly
situated,

        Plaintiff,                  **CASE NO:** 4:22-CV-00255-RH-MAF

v.

**JIMMY T. PATRONIS, JR.**, in his official
capacity as the Chief Financial Officer
of the State of Florida,

        Defendant.
_____/

## JOINT 26(f) CONFERENCE REPORT

Pursuant to the Federal Rules of Civil Procedure 16 and 26(f), the following persons participated in the Rule 26(f) conference by telephone on September 19, 2022: Scott Jeeves, Craig Rothburd, and Michael Wagner for Plaintiff Alieda Maron ("Plaintiff"); William Hall for Defendant Jimmy T. Patronis, Jr., ("Defendant") (collectively, the "Parties"). As a result, the Parties submit the following report:

1. **Rule 26 Requirements:**

    a. *Magistrate Judge Jurisdiction*: In accordance with Rule 73.1(A) of the Local Rules and the Initial Scheduling Order, the parties conferred with regards to their willingness to consent to magistrate jurisdiction.

1

b. *Proposed Timetables*: The Parties reasonably believe that the resolution of this case revolves around a pure question of law (i.e., whether the Florida Unclaimed Property Act, as alleged in the Complaint, effects a taking pursuant to the United States and Florida Constitutions). Accordingly, the Parties are working together in good faith to determine the best and most efficient way to bring that legal question before the Court.

To that end, the Parties would respectfully request that they be permitted an extension of time to provide the joinder, discovery, amendment, disclosure, and other deadlines required in the Initial Scheduling Order until after the Court has ruled on the pending Motion to Dismiss (ECF No. 8). During the intervening period, the Parties will work together to determine whether (should the case proceed beyond dismissal) they can stipulate to sufficient facts to permit the Court to resolve this matter through an expedited summary judgment order. Plaintiff has informed Defendant of her intent to move for partial summary judgment on stipulated and/or admitted facts on the issue of liability.

In the event the Parties are not able to reach such an agreement, they will be prepared to immediately provide all of the dates, deadlines,

and other information required in the pertinent rules of procedure and the Initial Scheduling Order. The Parties agree that all such deadlines will fit within the discovery deadline and trial period set out in the Initial Scheduling Order. The Parties intention is to seek a reasonable and proper means of resolving this matter well in advance of those dates, and are working collaboratively to try and effectuate that.

If the Court denies the request for extension of time discussed herein, then the Parties will promptly supplement this report and provide all of the dates, deadlines, and other information that is otherwise required.

Respectfully submitted this 6th day of October, 2022

/s/ William D. Hall, III_____
Daniel R. Russell, FBN 63445
William D. Hall, III, FBN 67936
Daniel J. McGinn, FBN 121596
Jordane P. Wong, FBN 1030907
drussell@deanmead.com
whall@deanmead.com
dmcginn@deanmead.com
jwong@deanmead.com
kthompson@deanmead.com (secondary)
Dean, Mead & Dunbar
106 East College Avenue, Suite 1200
Tallahassee, FL 32301
T: 850-999-4100
F: 850-577-0095
*Attorneys for Defendant Jimmy T. Patronis Jr., Chief Financial Officer of the State of Florida*

JEEVES LAW GROUP, P.A.

/s/ Scott R. Jeeves_____
Scott R. Jeeves, FBN: 0905630
Kyle W. Woodford, FBN: 1033490
2132 Central Avenue
St. Petersburg, Florida 33712
Telephone: (727) 894-2929
sjeeves@jeeveslawgroup.com
kwoodford@jeeveslawgroup.com
khill@jeeveslawgroup.com

CRAIG E. ROTHBURD, P.A.
Craig Rothburd, FBN: 0049182
320 W. Kennedy Blvd., #700
Tampa, Florida 33606
Telephone: (813) 251-8800
Fax:(813) 251-5042
craig@rothburdpa.com
maria@rothburdpa.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 6, 2022, I electronically filed the foregoing by using the CM/ECF system.

*/s/* William D. Hall
William D. Hall, III

4