IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALIEDA MARON,

    Plaintiff,

v.                            CASE NO. 4:22cv255-RH-MAF

JIMMY T. PATRONIS, JR.,

    Defendant.

_____/

## ORDER ON THE 26(f) REPORT

Upon review of the parties' initial Federal Rule of Civil Procedure 26(f) report, ECF No. 13,

IT IS ORDERED:

The parties must file a further 26(f) report within 14 days after entry of any order denying the pending motion to dismiss in whole or in part.

SO ORDERED on October 12, 2022.

                                      s/Robert L. Hinkle
                                      United States District Judge