IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALEIDA MARON, individual and
on behalf of all others similarly
situated,

    Plaintiff,

vs.                                          Case No. 4:22cv255-RH-MAF

JIMMY T. PATRONIS, JR., in his
official capacity as the Chief
Financial Officer of the State
of Florida,

    Defendant.

_____/

## O R D E R

A motion for leave to appear pro hac vice as counsel for Plaintiff has been filed by attorney Roger L. Mandel. ECF No. 15. The motion demonstrates counsel does not reside in the State of Florida, is a member in good standing of the bar of the State of Texas where he resides, and he has completed the Attorney Admission Tutorial for this Court. *Id.* Attached to the motion is a certificate of good standing from the State Bar of Texas,

and the docket confirms that the filing fee has been paid. *Id.* The motion is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is **ORDERED** that the motion for leave to appear pro hac vice, ECF No. 15, is **GRANTED**.

**DONE AND ORDERED** on November 17, 2022.

S/ Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**