IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALIEDA MARON,

    Plaintiff,

v.                                CASE NO. 4:22cv255-RH-MAF

JIMMY T. PATRONIS, JR.,

    Defendant.

_____/

## ORDER STAYING DISCOVERY

The unopposed motion, ECF No. 17, to stay discovery until a ruling is entered on the motion to dismiss is granted. Discovery is stayed until a ruling is entered or until otherwise ordered. The discovery deadline and trial date will be reconsidered upon entry of an order on the motion to dismiss.

SO ORDERED on March 14, 2023.

                                        s/Robert L. Hinkle
                                        United States District Judge