## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

| | | |
|---|---|---|
| ALIEDA MARON, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| *Plaintiff,* | ) ) | No. 4:22-CV-00255-RH-MAF |
| v. | ) ) | |
| JIMMY T. PATRONIS, JR., in his official capacity as the Chief Financial Officer of the State of Florida, | ) ) ) ) ) | |
| *Defendant.* | ) | |

### *UNOPPOSED* MOTION FOR LEAVE FOR KYLE W. WOODFORD TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11.1(H), Kyle W. Woodford respectfully requests this Court grant him leave to withdraw as counsel on behalf of Plaintiff Alieda Maron. In support of this Request, Mr. Woodford states as follows:

1.     Mr. Woodford will be leaving the law firm of The Jeeves Law Group P.A. on June 1st, 2023, to go work at a different law firm.

2.     Mr. Jeeves and Mr. Mandel and the law firm of The Jeeves Law Group P.A., as well as the law firms of Jeeves Mandel

Law Group, P.C., and Craig E. Rothburd, P.A., will remain as counsel on this case.

3.     No extensions of the case schedule will be required as a result of this Request.

4.     Mr. Woodford informed the client of his imminent departure, and the client has consented to his withdrawal from the case and to the continued representation by other attorneys at The Jeeves Law Group P.A., Jeeves Mandel Law Group, P.C., and Craig E. Rothburd, P.A.

WHEREFORE, Mr. Woodford respectfully requests that this Court enter the Proposed Order contemporaneously filed herewith.

## CONFERRAL CERTIFICATION PURSUANT TO L.R. 7.1(B)

Mrs. Maron's counsel consulted with counsel for Defendant, William D. Hall regarding this motion and Mr. Hall informed counsel that Defendant does not oppose the relief requested in this Motion.

*/s/ Kyle W. Woodford___*
Kyle W. Woodford, Esq.

2

May 30, 2023.          Respectfully submitted,

/s/*Kyle W. Woodford*

**JEEVES LAW GROUP, P.A.**
Kyle W. Woodford, FBN: 1033490
Scott R. Jeeves, FBN: 0905630
2132 Central Avenue
St. Petersburg, Florida 33712
Telephone: (727) 894-2929
sjeeves@jeeveslawgroup.com
kwoodford@jeeveslawgroup.com
khill@jeeveslawgroup.com

**JEEVES MANDEL LAW GROUP, P.C.**
Roger L. Mandel
(admitted *pro hac vice*)
2833 Crockett St
Suite 135
Fort Worth, TX 76107
Telephone: 214-253-8300
rmandel@jeevesmandellawgroup.com

**CRAIG E. ROTHBURD, P.A.**
Craig E. Rothburd, FBN: 0049182
320 W. Kennedy Blvd., #700
Tampa, Florida 33606
Telephone: (813) 251-8800
Fax: (813) 251-5042
craig@rothburdpa.com
maria@rothburdpa.com

*Attorneys for Plaintiff and the Class*

## <u>CERTIFICATE OF SERVICE</u>

This document was filed on May 30, 2023, on the Court's ECF

System, through which it will be served on the following counsel of

record:

Daniel R. Russell, FBN 63445
William D. Hall, III, FBN 67936
Daniel J. McGinn, FBN 121596
Jordane P. Wong, FBN 1030907
drussell@deanmead.com
whall@deanmead.com
dmcginn@deanmead.com
jwong@deanmead.com
Dean, Mead & Dunbar
106 East College Avenue, Suite 1200
Tallahassee, FL 32301
T: 850-999-4100
F: 850-577-0095

*Attorneys for Defendant Jimmy T. Patronis
Jr., Chief Financial Officer of the State of
Florida*

/s/Kyle W. Woodford
Kyle W. Woodford, Esquire