IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALIEDA MARON,

    Plaintiff,

v.                                        CASE NO. 4:22cv255-RH-MAF

JIMMY T. PATRONIS, JR.,

    Defendant.

_____/

### ORDER GRANTING LEAVE TO WITHDRAW--WOODFORD

Attorney Kyle W. Woodford's motion of for leave to withdraw, ECF No. 20, is granted, effective immediately.

SO ORDERED on May 31, 2023.

                                         s/Robert L. Hinkle
                                         United States District Judge