IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| ALIEDA MARON, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>v.<br><br>JIMMY T. PATRONIS, JR., in his official capacity as the Chief Financial Officer of the State of Florida,<br><br>   *Defendant*. | No. 4:22-CV-00255-RH-MAF |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY- <u>*TYLER v. HENNEPIN COUNTY*</u>

Pursuant to L.R. 7.1(J), Plaintiff submits *Tyler v. Hennepin County, Minn.*, 2023 WL 3632754 (U.S. May 25, 2023), Exhibit A. In *Tyler*, the Supreme Court held that the County's retention pursuant to statute of the surplus after the tax sale of the plaintiff's home constituted a taking without just compensation in violation of the Fifth Amendment. *Id.*, at *4.

The Court rejected the same argument the State makes here (Doc. 9 at 18-19 & 22) based on *Texaco, Inc. v. Short*, 454 U.S. 516

1

(1982) that the plaintiff had no property interest to be taken because a statute declared the property abandoned and escheated. The Court held that Minnesota could not sidestep the Takings Clause by disavowing traditional property interests in assets it wishes to appropriate by declaring a home abandoned based on three years of nonpayment of property taxes. *Id.*, at *4 & 8.

It contrasted the Minnesota statute with the Indiana statute in *Texaco* which escheated mineral interests after the owners made no use of them for 20 years and failed to file paperwork claiming ownership of the interest. *Id.*, at *8. For there to be abandonment divesting ownership, there must be a surrender or relinquishment or disclaimer of all rights in the property, which was true under the Indiana statute, but not the Minnesota statute. *Id.* Critically, a statute inconsistent with that rule, like the Minnesota statute, cannot divest a property interest subject to the Takings Clause. *Id.*

Here, the Act does not escheat unclaimed property, but rather transfers it to the State to hold for its owner (Fla. Stat. §§ 717.123, 717.124, 717.1201), making *Texaco*, an escheat case, inapplicable. But even if the Act did escheat the property, under *Tyler*, the

property owner's failure to claim property, the existence of which they may be unaware, from the private party holding it after only five years (Fla. Stat. § 717.102(1)) does not amount to a surrender or relinquishment or disclaimer of all rights in the property sufficient to divest a property interest subject to the Takings Clause.

May 31, 2023.          Respectfully submitted,

/s/ Scott R. Jeeves
**JEEVES LAW GROUP, P.A.**
Scott R. Jeeves, FBN: 0905630
2132 Central Avenue
St. Petersburg, Florida 33712
Telephone: (727) 894-2929
sjeeves@jeeveslawgroup.com
khill@jeeveslawgroup.com

**JEEVES MANDEL LAW GROUP, P.C.**
Roger L. Mandel
(admitted *pro hac vice*)
2833 Crockett St
Suite 135
Fort Worth, TX 76107
Telephone: 214-253-8300
rmandel@jeevesmandellawgroup.com

**CRAIG E. ROTHBURD, P.A.**
Craig E. Rothburd, FBN: 0049182
320 W. Kennedy Blvd., #700
Tampa, Florida 33606
Telephone: (813) 251-8800
Fax: (813) 251-5042

craig@rothburdpa.com
maria@rothburdpa.com

*Attorneys for Plaintiff and the Class*

## CERTIFICATE OF COMPLIANCE WITH WORD LIMIT

I HEREBY CERTIFY that this memorandum complies with Local Rule 7.1(J) because it contains 348 words, as calculated using Microsoft Word and excluding the case style, signature block and certificate of service.

/s/*Scott R. Jeeves*_____
Scott R. Jeeves

## CERTIFICATE OF SERVICE

This document was filed on May 31, 2023, on the Court's ECF System, through which it will be served on the following counsel of record:

Daniel R. Russell, FBN 63445
William D. Hall, III, FBN 67936
Daniel J. McGinn, FBN 121596
Jordane P. Wong, FBN 1030907
drussell@deanmead.com
whall@deanmead.com
dmcginn@deanmead.com
jwong@deanmead.com
Dean, Mead & Dunbar
106 East College Avenue, Suite 1200

4

Tallahassee, FL 32301
T: 850-999-4100
F: 850-577-0095

*Attorneys for Defendant Jimmy T. Patronis Jr., Chief Financial Officer of the State of Florida*

<u>*/s/Scott R. Jeeves*</u>
Scott R. Jeeves
