IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| ALIEDA MARON and LAWRENCE MARON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>JIMMY T. PATRONIS, JR., in his official capacity as the Chief Financial Officer of the State of Florida,<br><br>*Defendant*. | No. 4:22-CV-00255-RH-MAF |

## **PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Alieda Maron and Lawrence Maron, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from: (1) the portion of the Judgment entered September 5, 2023 (ECF. #28) dismissing with prejudice Count One of the First Amended Class Action Complaint and Demand for Jury Trial (ECF #18-1), and (2) those portions of the Order of Dismissal entered September 5, 2023 (ECF. #27) dismissing with prejudice Count One of the First Amended Class Action Complaint and Demand for Jury Trial (ECF #18-1). This appeal is limited to the listed items.

DATED: September 27, 2023.

        Respectfully,

        */s/Roger L. Mandel*\*
        JEEVES MANDEL LAW GROUP, P.C.
        Roger L. Mandel, Esq.
        2833 Crockett St
        Suite 135
        Fort Worth, TX 76107
        Telephone: 214-253-8300
        rmandel@jeevesmandellawgroup.com

        Scott R. Jeeves
        JEEVES LAW GROUP, PA.
        2132 Central Avenue
        St. Petersburg, Florida 33712
        Telephone: (727) 894-2929
        sjeeves@jeeveslawgroup.com
        khill@jeeveslawgroup.com


        Craig E. Rothburd
        CRAIG E. ROTHBURD, P.A
        320 W. Kennedy Blvd. #700
        Tampa, Florida 33606
        Telephone: (813) 251-8800
        Fax: (813) 251-5042
        craig@rothburdpa.com
        maria@rothburdpa.com

        Kelly A. Green\*
        Julie M. O'Dell\*
        SMITH, KATZENSTEIN & JENKINS, LLP
        1000 N. West Street, Suite 1501
        Wilmington, Delaware 19801
        (302) 652-8400
        mcw@skjlaw.com
        jmo@skjlaw.com

Arthur Susman*
THE LAW OFFICE OF ARTHUR SUSMAN
1540 N. Lake Shore Drive
Chicago, Illinois 60610
(847) 800-2351
 *Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I certify that that on September 27, 2023, this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

/s/*Roger L. Mandel*
Roger L. Mandel

3