IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALIEDA MARON and
LAWRENCE MARON,

    Plaintiffs,

v.                                            CASE NO. 4:22cv255-RH-MAF

JIMMY T. PATRONIS, JR.,

    Defendant.

_____/

## SCHEDULING ORDER

The United States Court of Appeals for the Eleventh Circuit has issued its mandate vacating the order that granted the defendant's motion to dismiss. This order enters a new ruling on the motion to dismiss consistent with the Eleventh Circuit's opinion. And the order sets the schedule going forward.

IT IS ORDERED:

1. The motion to dismiss, ECF No. 10, is granted in part and denied in part. Count 2 of the amended complaint is dismissed without prejudice based on the Eleventh Amendment. Count 1 is not dismissed.

2. The deadline for the defendant to answer the amended complaint, as now limited to count 1, is July 16, 2025.

3. The attorneys must confer again under Federal Rule of Civil Procedure 26(f). The deadline to do so is August 7, 2025. At the conference, the attorneys must address the matters set out in Rules 16(b)(3)(A), 16(b)(3)(B), 16(c)(2), 26(f)(2), and 26(f)(3), as well as class certification. Discovery may begin after the attorney conference.

4. The deadline to file a new Rule 26(f) report is August 21, 2025. The report must address the matters set out in Rules 16(b)(3)(A), 26(f)(2), and 26(f)(3), including the schedule for any class-certification motion, and may address any other scheduling or case-management issue.

5. Unless a change is agreed to by all parties and set out in the Rule 26(f) report, or a change is ordered by the court, these are the deadlines for Rule 26 disclosures:

(1) for 26(a)(1) disclosures, 14 days after the 26(f) attorney conference;

(2) for 26(a)(2) disclosures, the deadlines set out in Rule 26(a)(2)(D);

(3) for 26(a)(3) disclosures, the deadline set in an order for pretrial conference to be entered later or, if no such order is entered, the deadline set out in Rule 26(a)(3)(B).

6. Unless a change is agreed to by all parties and set out in the Rule 26(f) report, or a change is ordered by the court, the deadline to move for class certification is October 2, 2025.

7. Absent good cause set out in the 26(f) report, the discovery deadline will be December 16, 2025, and the trial will occur during the two-week period that begins on April 6, 2026. These dates will be moved *earlier* if all parties so request. The parties should not request a *delay* of these dates except for good cause. A conflict with the trial date is ordinarily good cause. That an attorney will be busy on other matters between now and then ordinarily is not good cause.

8. By a separate notice, the clerk must set a summary-judgment hearing for the week of February 9, 2026. Any pending summary-judgment motion will be heard at that time. But a motion may be resolved before the hearing based on the written record. An earlier hearing may be set if a motion is fully briefed and ready for hearing at an earlier time.

SO ORDERED on July 2, 2025.

                                                s/Robert L. Hinkle
                                                United States District Judge