**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

ALIEDA MARON et al.,

Plaintiffs,

v. CASE NO. 4:22cv255-RH-MAF

BLAISE INGOGLIA et al.,

Defendants.

_______________________________/

**NOTICE OF SUPPLEMENTAL AUTHORITY**

The parties should be prepared to address at oral argument *Warner v. Hillsborough County Clerk of Courts*, No. 24-10748 (11th Cir. Aug. 17, 2026).

SO ORDERED on August 17, 2026.

s/Robert L. Hinkle
United States District Judge