**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | | |
|---|---|---|
| ALIEDA MARON AND<br>LAWRENCE MARON,<br><br>Plaintiffs,<br><br>V.<br><br>BLAISE INGOGLIA AND<br>ANASTASIOS KAMOUTSAS,<br>Defendants. | ) | C.A. No. 4:22cv255-RH-MAF |

**DEFENDANT'S NOTICE OF FILING RULE 23(f) PETITION FOR PERMISSION TO APPEAL**

Defendant Blaise Ingoglia, in his official capacity as Chief Financial Officer of the State of Florida, ("Defendant") hereby provides notice that on October 13, 2026, Defendant filed a Petition for Permission to Appeal Pursuant to Federal Rule of Civil Procedure 23(f) with the Eleventh Circuit, a copy of which is attached hereto as **Exhibit 1**.

Respectfully submitted this 14th day of October, 2026.

**GALLAGHER & KENNEDY, P.A.**

By: */s/ Hannah H. Porter*
Kevin E. O'Malley (AZ Bar No. 006420)
(*pro hac vice*)

Hannah H. Porter (AZ Bar No. 029842)
(*pro hac vice*)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016
kevin.omalley@gknet.com
hannah.porter@gknet.com
T: 602-530-8000
*Attorneys for Defendants*

**Department of Financial Services**
**Office of the General Counsel**

Kimberly Masson, FBN 110771
Kimberly.masson@myfloridacfo.com
Department of Financial Services
Office of the General Counsel
200 East Gaines Street
Tallahassee, FL 32301
T: 850-413-3110
F: 850-488-0697
*Attorney for Defendant Blaise Ingoglia*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, 2026, a PDF copy of the foregoing was electronically transmitted to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

By: *__/s/Rebecca C. Lewis__*

15407573